UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

Docket No. 19-CR-214

vs.

JOSHUA A. TAYLOR

Defendant.

---

**ORDER APPROVING STIPULATION TO REVOCATION AND ORDER REVOKING SUPERVISED RELEASE**

---

Pursuant to Rule 32.1(b)(2) of the Federal Rules of Criminal Procedure, the court hereby accepts and approves the stipulation of the parties for revocation of Defendant Joshua Taylor's supervised release. Based upon the stipulation of the parties, the court finds that the defendant has violated the conditions of his supervised release in the manner as set forth in the stipulation, and hereby incorporates and adopts the violation worksheet, including the guideline range of imprisonment set forth.

Based upon these findings and the stipulation of the parties, the Court hereby revokes the defendant's supervised release and imposes a sentence of 18 months imprisonment, to be served concurrent to the revocation sentence Mr. Taylor is serving in Marinette County Case No. 17CF112, and the sentence in Brown County Case No. 26CF24, and with credit dating back to his original date of arrest of December 29, 2025. Considering the 54 months of extended supervision the defendant will be subject to with the state, the court declines to order further supervision in this case, as recommended and stipulated to by the parties.

The clerk is directed to enter Judgment accordingly and counsel for the defendant shall advise Mr. Taylor of his appeal rights.

**SO ORDERED** at Green Bay, Wisconsin, this 11th day of September, 2026.

William C. Griesbach
United States District Judge